# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0555

VERSUS

NORMAN LIGHTFOOT

**SEPTEMBER 9, 2024**

---

In Re: Norman Lightfoot, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-10-0868.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the motions at issue, pertinent district court minutes, the guilty plea transcript, the commitment order, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

_Aujecha B. Colono_
DEPUTY CLERK OF COURT
FOR THE COURT